BURKE, WILLIAMS & SORENSEN, LLP
MICHAEL F. BELL, State Bar No. 89046
E-Mail: mbell@bwslaw.com
KEIKO J. KOJIMA, State Bar No. 206595
E-Mail: kkojima@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Telephone: (213) 236-0600
Facsimile: (213) 236-2700

Attorneys for Plaintiff AIG Life Insurance Company

JS-6

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 2 8 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                                  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT COURT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| AIG LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SUSAN J. MCKEEVER; JUDITH M. CANNAVO,<br><br>Defendants. | CASE NO. 07-CV-01229-DOC (MLGx)<br><br>STIPULATION AND [PROPOSED] ORDER RE DISCHARGE, DISMISSAL, AND DISTRIBUTION |

Plaintiff AIG Life Insurance Company ("AIG"), Defendant Susan J. McKeever ("McKeever"), and Defendant Judith M. Cannavo ("Cannavo") hereby stipulate and agree as follows:

1. This Stipulation shall constitute a general appearance on the part of Defendants McKeever and Cannavo.

2. AIG has deposited with the Court the amount of $157,325.10 representing the accidental death benefits and accrued interest payable under Policy No. BSC 8054320 following the death of Marlin T. McKeever, who was a participant in Andreini & Company's employee welfare benefit plan. AIG also

issued to Andreini & Company group life insurance Policy No. GL-50750 which funds the life insurance benefits provided by the Plan.

3. AIG is hereby and shall be discharged from liability to Defendant McKeever and Defendant Cannavo to the full extent permitted by law with respect to benefits payable under Policy Nos. BSC 8054320 and GL-50750, and arising out of or on account of the death of Marlin T. McKeever.

4. Defendant McKeever and Defendant Cannavo are permanently enjoined from instituting or prosecuting against AIG any proceeding in any State or United States District Court regarding any benefits payable under Policy Nos. BSC 8054320 and GL-50750, and arising out of or on account of the death of Marlin T. McKeever.

5. Defendant McKeever hereby disclaims and renounces any and all interest she has or may have in any and all proceeds due under Policy No. BSC 8054320.

6. It is agreed that AIG shall be paid the sum of $1,000 as reasonable attorney's fees and costs incurred in connection with this interpleader action, to be paid out of the proceeds deposited with the Clerk of this Court. The parties agree that the Clerk shall issue payment to AIG of the sum of $1,000 from such proceeds, in care of its attorneys, Burke, Williams & Sorensen, LLP.

7. It is agreed that the entire remainder of the proceeds on deposit with the Court, and any accrued interest thereon, shall be distributed to Defendant Cannavo.

1  8.  This action shall be dismissed in its entirety with prejudice as to all
2 parties.

3 DATED: December 27, 2007    BURKE, WILLIAMS & SORENSEN, LLP
                              MICHAEL F. BELL
4                             KEIKO J. KOJIMA

5

6                             By: _____
                                        KEIKO J. KOJIMA
7                             Attorneys for Plaintiff
                              AIG Life Insurance Company
8

9

10 DATED: December 15, 2007   SUSAN J. MCKEEVER
11

12                            By: _____
13                                      SUSAN J. MCKEEVER
                              Defendant in Pro Se
14

15

16 DATED: December 21, 2007   JUDITH M. CANNAVO
17

18                            By: _____
19                                      JUDITH M. CANNAVO
                              Defendant in Pro Se
20

# [~~PROPOSED~~] ORDER

The parties having stipulated and good cause appearing therefor, IT IS ORDERED THAT AIG Life Insurance Company be discharged and released in accordance with the terms of the above stipulation.

IT IS FURTHER ORDERED THAT Defendant McKeever has disclaimed and renounces any and all interest she has or may have in any and all proceeds due under Policy No. BSC 8054320.

IT IS FURTHER ORDERED THAT the Clerk shall issue payment out of the interpleaded funds in the following manner:

1. The Clerk shall issue payment of the sum of $1,000.00 to AIG. The check shall be made payable to "AIG Life Insurance Company" and mailed to its attorneys: Keiko J. Kojima, Burke, Williams & Sorensen, LLP, 444 S. Flower Street, Suite 2400, Los Angeles, California 90071.

2. The Clerk shall issue payment of the entire remainder of the proceeds on deposit with the Court, and any accrued interest to Defendant Cannavo. The check shall be made payable to "Judith M. Cannavo" and mailed to: Judith M. Cannavo, 444 W. Ocean Blvd., Suite 800, Long Beach, CA 90802.

IT IS FURTHER ORDERED THAT this action shall be dismissed with prejudice.

DATED: December 28, 2007

_David O. Carter_
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 444 South Flower Street, Suite 2400, Los Angeles, California 90071-2953. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On December 27, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**STIPULATION AND [PROPOSED] ORDER RE DISCHARGE, DISMISSAL, AND DISTRIBUTION**

in a sealed envelope, postage fully paid, addressed as follows:

    Susan J. McKeever
    396 Seawind Dr.
    Newport Beach, CA  92660
    Tel:  (949) 631-8000
    Fax:  (949) 631-8015

    Jo Ann Fitzpatrick
    444 West Ocean Blvd., #900
    Long Beach, CA  90802
    Tel:  (562) 901-3199
    Fax:  (562) 901-3139

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 27, 2007, at Los Angeles, California.

_____
Sandy Bird

# NOTICE PARTY SERVICE LIST

Case No. SACV07-1229-DOC(MLGx)  Case Title AIG Life Insurance Co -V- Susan J. Mckeever, et al

Title of Document  Stipulation and Order re: Discharge, Dismissal and Distribution

|   | Party |   | Party |
|---|---|---|---|
|   | Atty Sttlmnt Officer Panel Coordinator |   | US Attorneys Office - Civil Division -L.A. |
|   | BAP (Bankruptcy Appellate Panel) |   | US Attorneys Office - Civil Division - S.A. |
|   | Beck, Michael J (Clerk, MDL Panel) |   | US Attorneys Office - Criminal Division -L.A. |
|   | BOP (Bureau of Prisons) |   | US Attorneys Office - Criminal Division -S.A. |
|   | CA St Pub Defender (Calif. State PD) |   | US Bankruptcy Court |
|   | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |   | US Marshal Service - Los Angeles (USMLA) |
|   | Case Asgmt Admin (Case Assignment Administrator) |   | US Marshal Service - Riverside (USMED) |
|   | Catterson, Cathy (9th Circuit Court of Appeal) |   | US Marshal Service -Santa Ana (USMSA) |
|   | Chief Deputy Admin |   | US Probation Office (USPO) |
|   | Chief Deputy Ops |   | US Trustee's Office |
|   | Clerk of Court |   | Warden, San Quentin State Prison, CA |
|   | Death Penalty H/C (Law Clerks) |   |   |
|   | Dep In Chg E Div |   |   |
|   | Dep In Chg So Div |   |   |
|   | Federal Public Defender |   |   |
| ✓ | Fiscal Section |   |   |
|   | Intake Section, Criminal LA |   |   |
|   | Intake Section, Criminal SA |   |   |
|   | Intake Supervisor, Civil |   |   |
|   | PIA Clerk - Los Angeles (PIALA) |   |   |
|   | PIA Clerk - Riverside (PIAED) |   |   |
|   | PIA Clerk - Santa Ana (PIASA) |   |   |
|   | PSA - Los Angeles (PSALA) |   |   |
|   | PSA - Riverside (PSAED) |   |   |
|   | PSA - Santa Ana (PSASA) |   |   |
|   | Schnack, Randall (CJA Supervising Attorney) |   |   |
|   | Statistics Clerk |   |   |

**ADD NEW NOTICE PARTY**
(if sending by fax, mailing address must also be provided)

Name:
Firm:
Address (include suite or floor):

*E-mail:
*Fax No.:
* For CIVIL cases only

**JUDGE / MAGISTRATE JUDGE (list below):**

Initials of Deputy Clerk  kh

G-75  (03/07)                                          NOTICE PARTY SERVICE LIST